**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000035
19-NOV-2024
07:49 AM
Dkt. 63 ODSD**

NO. CAAP-24-0000035

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE INTEREST OF V.C.

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-S NO. 22-0033)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and Nakasone, JJ.)

Upon review of the record, it appears that:

(1) The abbreviated opening brief was due on a second extension or before May 23, 2024;

(2) Self-represented Mother-Appellant failed to file the abbreviated opening brief or request another extension of time;

(3) On May 29, 2024, the appellate clerk entered a default notice informing Mother that the time for filing the abbreviated opening brief had expired, the matter would be called to the court's attention on June 10, 2024, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rule 30, and Mother could request relief from default by motion; and

(4) Mother has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, November 19, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge